UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLEG BUDANOV,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STANDARD INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No.  1:24-cv-00186-JLT-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 16). |

　　　On October 3, 2024, the parties filed a joint stipulation dismissing this action without prejudice, with each party to bear its own costs and fees. (ECF No. 16). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed without prejudice, with each party to bear its own costs and fees.

　　　Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

　　　Dated:  **October 7, 2024**　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1